**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02328-REB-MEH

KELLI MILLER, and
SUSAN NELSON-HAYWARD,

      Plaintiffs,

v.

BIGHORN MATERIALS, INC, and
WAYNE PARKER, individually,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#33] filed July 29, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#33] filed July 29, 2009, is **APPROVED**;

      2.  That the Trial Preparation Conference set for January 8, 2010, is **VACATED**;

      3.  That the jury trial set to commence January 25, 2010, is **VACATED**;

      4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 29, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge